## Elizabeth Baab, Defendant in Error, v. Royal Life Insurance Company of Chicago, Plaintiff in Error.

### Gen. No. 22,200.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURT-NEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed. Opinion filed March 20, 1917.

### Statement of the Case.

Action by Elizabeth Baab, plaintiff, against the Royal Life Insurance Company of Chicago, a corporation, defendant, to recover on an industrial life insurance policy issued by the defendant. From a judgment for plaintiff, defendant brings error.

CHARLES G. HENDRICKS and LOUIS H. MARKS, for plaintiff in error.

ROBERT W. DUNN, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 518*—*when payment to administrator of insured operates as release from liability.* Where an industrial life insurance policy provided that the insurer might make payment thereunder to the executor, administrator, husband or wife, or any relative by blood or connection by marriage of the insured, or to any other person appearing to be equitably entitled to the same by reason of having incurred expense on behalf of the insured for his or her burial, and that a receipt signed by any such party should be conclusive evidence of full satisfaction under the policy, and that the policy contained the entire contract between the parties, *held* that a payment made to the administrator of the insured would be a release of the insurer's liability under such policy, notwithstanding the application for the policy, which contained no provision for naming a beneficiary, was indorsed by the insurer's agent at the insured's request with the name of a certain party as beneficiary.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.